**Order filed, September 26, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00419-CV
_____

**GEORGA A. MORAN, JR AND SUSAN K., MORAN, Appellant**

**V.**

**MEMORIAL POINT PROPERTY OWNERS ASSOCIATION, INC, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Court Cause No. CIV 24596**

## ORDER

The reporter's record in this case was due **May 10, 2012**, 2012. *See* Tex. R. App. P. 35.1. On July 23, 2012, this court GRANTED Krista Strouse's motion for extension of time to file the record on or before August 22, 2012. On August 29, 2012 this court GRANTED Krista Strouse's second motion for extension of time to file the record on or before September 4, 2012. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Krista Strouse**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Krista Strouse** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM